No. 1251. PEOPLE, APPELLEE, v. RODRÍGUEZ, APPELLANT.—Violation of the Weights and Measures Act. Ponce. March 30, 1918. *Affirmed.*

No. 1254. PEOPLE, APPELLEE, v. CORTÉS, APPELLANT.—Assault and battery. San Juan, Section 2. April 2, 1918. *Affirmed.*

No. 1247. PEOPLE, APPELLEE, v. FUENTES, APPELLANT.—Assault and battery. Humacao. April 2, 1918. *Affirmed.*

No. 1760. RIVERA ET AL., APPELLEES, v. JIMÉNEZ CRUZ, APPELLANT.—Annulment of conveyance. Humacao. April 2, 1918. *Dismissed.*

No. 1761. RIVERA ET AL., APPELLEES, v. JIMÉNEZ CRUZ, APPELLANT.—Annulment of conveyance. Humacao. April 2, 1918. *Dismissed.*

No. 1786. DE MATA ESCOBAR, APPELLANT, v. GÁMBARO ET AL., APPELLEES.—Injunction. San Juan, Section 1. April 2, 1918. *Dismissed.*

No. 65. EX PARTE ZAYAS, PETITIONER. — Habeas corpus. April 4, 1918. *Petition denied.*

No. 233. CRESPO, PETITIONER, v. TEXIDOR, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan, Section 1. April 8, 1918. *Petition denied.*

No. 1733. APARICIO BROTHERS, APPELLEES, v. H. C. CHRISTIANSON & CO., APPELLEES (CADIERNO AND GÓMEZ, APPEL-

LANTS).—Rescission and damages. Ponce. April 15, 1918. *Affirmed.*

---

No. 1533. VERAY, APELLANT AND APPELLEE, *v.* MARÍN ET AL., APPELLEES AND APPELLANTS.—Reservable property. Aguadilla. April 15, 1918. *Reconsideration denied.*

---

No. 353. LASA E IRAOLA, APPELLANT, *v.* REGISTRAR OF SAN JUAN, SECTION 2, RESPONDENT.—Administrative appeal. April 18, 1918. *Affirmed.*

---

No. 1840. DÍAZ MOLINARIS ET AL., PETITIONERS, *v.* CIVIDANES Y ALONSO, CONTESTANT AND APPELLANT (CAUTIÑO, ADMINISTRATOR, APPELLEE). — Accounting. Guayama. April 18, 1918. *Dismissed.*

---

No. 1844. GÓMEZ, APPELLANT, *v.* JIMÉNEZ, APPELLEE.—Acknowledgment of servitude. Humacao. April 22, 1918. *Dismissed.*

---

No. 1845. ISERN Y FLEITAS ET AL., APPELLEES, *v.* RAMÍREZ ET AL., APPELLANTS.—Promissory note. Mayagüez, April 22, 1918. *Dismissed.*

---

No. 224. MAHONÉS ET AL., PETITIONERS, *v.* TEXIDOR, DISTRICT JUDGE, RESPONDENT. — Certiorari. San Juan, Section 1. April 22, 1918. *Petition denied.*

---

No. 1779. CHIQUÉS, APPELLANT, *v.* DIEZ, MUNICIPAL JUDGE, ET AL., RESPONDENTS (SANTIAGO, INTERVENOR AND APPELLEE).— Certiorari. Humacao. April 22, 1918. *Dismissed.*